FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  JUN 1 4 2005  ★
P.M. _____
TIME A.M. _____

MEMORANDUM
TO THE HONORABLE STERLING JOHNSON
Senior United States District Judge

RE: LEE, Sean
DKT#: 01-CR-1026
**RELEASE OF SUPERVISION INFORMATION**

Reference is made to the above captioned offender who was sentenced on March 17, 1999, in the Eastern District of Pennsylvania by U.S. District Judge Ronald L. Buckhalter to time served, followed by five years supervised release, a $300 special assessment and a $1000 fine. The following special condition was imposed: 1) The defendant shall participate in a program of drug counseling and testing as deemed necessary by the Probation Officer. On March 17, 1999, the offender commenced supervision in the Eastern District of New York based on his residence in Brooklyn, New York. The special assessment fee and fine were satisfied on March 16, 2004. On September 18, 2001, jurisdiction of this case was transferred to the Eastern District of New York and assigned to Your Honor based on the offender's non-compliance. On June 11, 2003, Your Honor imposed a modification of conditions ordering the offender to be subject to a search condition, not to associate with his codefendants, and to refrain from possessing a firearm, destructive device, or any other dangerous weapon. The offender subsequently expired from supervision without incident on March 16, 2004.

The purpose of this memorandum is to request the Court's permission to release the offender's last known employment and residence to the Philadelphia District Attorney's Office in connection with a Grand Jury Investigation.

As background, on May 5, 2005, the undersigned officer received a telephone call from Philadelphia Detective William Baker who advised that the offender is a grand jury witness to an on-going narcotics case against another individual (the conduct occurred prior to the offender's term of supervised release). According to Detective Baker, the offender provided a statement to authorities, and may be required to testify during Grand Jury proceedings. The offender's current whereabouts are unknown to the Philadelphia District Attorney's Office, and the undersigned officer received a request to provide them with the offender's last known employment and residence.

The Probation Department recommends that this information be released as requested in an effort to assist the local Grand Jury investigation. We respectfully await Your Honor's decision in this matter.

RESPECTFULLY SUBMITTED:

TONY GAROPOLLO
CHIEF U.S. PROBATION OFFICER

Prepared by: _____
RICHARD C AZARIAN
Sr. U.S. Probation Officer
347-534-3424

Approved by: _____
ANTHONY CASTELLANO
Supervising U.S. Probation Officer

The Court directs the following:

☒ Release of the offender's last known employment and residence information to the Philadelphia District Attorney's Office is *GRANTED.*

☐ Release of the offender's last known employment and residence information to the Philadelphia District Attorney's Office is *DENIED.*

☐ Other Directive.

s/S.J
_____   5/17/05
U.S. District Judge          Date

RCA(Brooklyn)
May 16, 2005